# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re: | § | Case No. 11-21443-DSO |
| | § | |
| JERRY JOSEPH LALONDE, Sr. | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/18/2011. The undersigned trustee was appointed on 04/18/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $8,040.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $175.17 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $7,864.83 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/19/2012 and the deadline for filing government claims was 03/19/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,554.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,554.00, for a total compensation of $1,554.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $120.00, for total expenses of $120.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/23/2013     By:  /s/ Randall L. Frank
                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 1
Exhibit A

| | | |
|---|---|---|
| **Case No.:** | 11-21443-DSO | |
| **Case Name:** | LALONDE, Sr., JERRY JOSEPH | |
| **For the Period Ending:** | 5/23/2013 | |
| **Trustee Name:** | Randall L. Frank | |
| **Date Filed (f) or Converted (c):** | 04/18/2011 (f) | |
| **§341(a) Meeting Date:** | 09/06/2011 | |
| **Claims Bar Date:** | 03/19/2012 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  3661 Sagatoo Rd  Standish MI (house +40 acres) | $128,000.00 | $0.00 | | $0.00 | FA |
| 2  property at 2515 W Huron (US-23) Standish MI | $23,076.00 | $0.00 | | $0.00 | FA |
| 3  CHECKING AND SAVINGS | $25.00 | $0.00 | | $0.00 | FA |
| 4  SEE LIST | $2,050.00 | $0.00 | | $0.00 | FA |
| 5  NORMAL CLOTHING FOR FAMILY | $800.00 | $0.00 | | $0.00 | FA |
| 6  WEDDING RINGS | $1,000.00 | $0.00 | | $0.00 | FA |
| 7  GREAT LAKES TRANS (CLOSED WITH MUCH DEBT) | $0.00 | $0.00 | | $0.00 | FA |
| 8  DEALS ON WHEELS, DBA (USED CAR BUT HAVENT SOLD ANY IN OVER A YEAR) | $0.00 | $0.00 | | $0.00 | FA |
| 9  SEE LIST (Car Lot Inventory) | $28,750.00 | $7,888.82 | | $7,888.82 | $0.00 |
| **Asset Notes:** Car Lot Inventory | | | | | |
| 10  2 DOGS | $0.00 | $0.00 | | $0.00 | FA |
| 11  Possible 546 Action against Eagle Insurance | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** Abandoned per c/o 4/25/13 | | | | | |
| 12  Interest on car inventory and NSF check fee  (u) | $151.18 | $151.18 | | $151.18 | $0.00 |
| **TOTALS (Excluding unknown value)** | $183,852.18 | $8,040.00 | | $8,040.00 | **Gross Value of Remaining Assets** $0.00 |

**Initial Projected Date Of Final Report (TFR):** 06/30/2011

**Current Projected Date Of Final Report (TFR):**

/s/ RANDALL L. FRANK

RANDALL L. FRANK

11-21443-dob  Doc 67  Filed 05/24/13  Entered 05/24/13 14:17:46  Page 3 of 12

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-21443-DSO | Trustee Name: | Randall L. Frank |
|---|---|---|---|
| Case Name: | LALONDE, Sr., JERRY JOSEPH | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******3965 | Checking Acct #: | ******0347 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/18/2011 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 5/23/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2011 | (9) | Jerry LaLonde | Equity in vehicle inventory | 1129-000 | $5,000.00 | | $5,000.00 |
| 01/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.07 | $4,991.93 |
| 01/20/2012 | (9) | Jerry LaLonde | Car Inventory | 1129-000 | $500.00 | | $5,491.93 |
| 02/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.27 | $5,483.66 |
| 03/08/2012 | (9) | Jerry LaLonde | Inventory Pmt per c/o 4/25/13 | 1129-000 | $500.00 | | $5,983.66 |
| 03/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.26 | $5,975.40 |
| 04/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $9.41 | $5,965.99 |
| 05/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $9.30 | $5,956.69 |
| 06/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $9.59 | $5,947.10 |
| 07/13/2012 | (9) | Jerry LaLonde | Car Lot Inventory | 1129-000 | $500.00 | | $6,447.10 |
| 07/13/2012 | (9) | Jerry LaLonde | Car Lot Inventory | 1129-000 | $500.00 | | $6,947.10 |
| 07/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $9.27 | $6,937.83 |
| 08/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.39 | $6,927.44 |
| 09/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.16 | $6,916.28 |
| 10/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.78 | $6,905.50 |
| 10/29/2012 | (9) | Jerry LaLonde | Inventory Payment - NSF | 1129-000 | $500.00 | | $7,405.50 |
| 11/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.17 | $7,394.33 |
| 11/29/2012 | (9) | Jerry LaLonde | Inventory | 1129-000 | $540.00 | | $7,934.33 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.80 | $7,923.53 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.95 | $7,911.58 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.97 | $7,899.61 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.79 | $7,888.82 |
| 04/05/2013 | | Jerry LaLonde | Car Inventory | * | $500.00 | | $8,388.82 |
| | {9} | | Car Inventory      $348.82 | 1129-000 | | | $8,388.82 |
| | {12} | | Interest & NSF Fee  $151.18 | 1223-000 | | | $8,388.82 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.93 | $8,376.89 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.06 | $8,364.83 |
| 05/21/2013 | (9) | DEP REVERSE: Jerry LaLonde | Inventory Payment - NSF | 1129-000 | ($500.00) | | $7,864.83 |
| | | | | SUBTOTALS | $8,040.00 | $175.17 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 11-21443-DSO | **Trustee Name:** Randall L. Frank |
| **Case Name:** | LALONDE, Sr., JERRY JOSEPH | **Bank Name:** Bank of Texas |
| **Primary Taxpayer ID #:** | ******3965 | **Checking Acct #:** ******0347 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 4/18/2011 | **Blanket bond (per case limit):** $2,000,000.00 |
| **For Period Ending:** | 5/23/2013 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $8,040.00 | $175.17 | $7,864.83 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $8,040.00 | $175.17 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $8,040.00 | $175.17 | |

**For the period of 4/18/2011 to 5/23/2013**

| | |
|---|---|
| Total Compensable Receipts: | $8,040.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,040.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $175.17 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $175.17 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/30/2011 to 5/23/2013**

| | |
|---|---|
| Total Compensable Receipts: | $8,040.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,040.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $175.17 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $175.17 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 11-21443-DSO | **Trustee Name:** Randall L. Frank |
| **Case Name:** | LALONDE, Sr., JERRY JOSEPH | **Bank Name:** Bank of Texas |
| **Primary Taxpayer ID #:** | ******3965 | **Checking Acct #:** ******0347 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 4/18/2011 | **Blanket bond (per case limit):** $2,000,000.00 |
| **For Period Ending:** | 5/23/2013 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $8,040.00 | $175.17 | $7,864.83 |

**For the period of 4/18/2011 to 5/23/2013**

| | |
|---|---|
| Total Compensable Receipts: | $8,040.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,040.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $175.17 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $175.17 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/18/2011 to 5/23/2013**

| | |
|---|---|
| Total Compensable Receipts: | $8,040.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,040.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $175.17 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $175.17 |
| Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 11-21443-DSO | | | | | | | Trustee Name: | Randall L. Frank |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | LALONDE, Sr., JERRY JOSEPH | | | | | | | Date: | 5/23/2013 |
| Claims Bar Date: | 03/19/2012 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | RANDALL L. FRANK  P.O. Box 2220 Bay City MI 48707222 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $1,650.00 | $0.00 | $0.00 | $0.00 | $1,650.00 |
| | RANDALL L. FRANK  P.O. Box 2220 Bay City MI 48707-2220 | Trustee Expenses | Allowed | 2200-000 | $120.00 | $0.00 | $0.00 | $0.00 | $120.00 |
| | RANDALL L. FRANK  P.O. Box 2220 Bay City MI 48707-2220 | Trustee Compensation | Allowed | 2100-000 | $1,554.00 | $0.00 | $0.00 | $0.00 | $1,554.00 |
| 1 | CARLS GARAGE  PO BOX 159 RT 28 CIRCLEVILLE RD CIRCLEVILLE WV 26804 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $15,400.25 | $0.00 | $0.00 | $0.00 | $15,400.25 |
| 2 | PENTECK FUNDING, LLC  PO BOX 320490 LOS GATOS CA 95032 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $19,631.69 | $0.00 | $0.00 | $0.00 | $19,631.69 |
| 3 | PENTECK FUNDING, LLC  PO BOX 320490 LOS GATOS CA 95032 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $17,748.69 | $0.00 | $0.00 | $0.00 | $17,748.69 |
| 4 | MICHIGAN DEPARTMENT OF TREASURY Bankruptcy Unit PO Box 30168 Lansing MI 48909 | Claims of Governmental Units | Allowed | 5800-000 | $10,303.37 | $0.00 | $0.00 | $0.00 | $10,303.37 |

**Claim Notes:** (4-1) Priority claim of &#036;10,579.29 & Unsecured claim of &#036;1,952.68 (4-2) Amending Priority claim to &#036;10,579.29 & amending Unsecured claim to &#036;1,952.68 (4-3) Amending Priority claim to &#036;10,303.37 & amending Unsecured claim to &#036;1,759.30

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 4a | MICHIGAN DEPARTMENT OF TREASURY Bankruptcy Unit PO Box 30168 Lansing MI 48909 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,759.30 | $0.00 | $0.00 | $0.00 | $1,759.30 |
| 5 | SPRINGLEAF FINANCIAL SERVICES  PO Box 971 Evansville IN 47706 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,411.16 | $0.00 | $0.00 | $0.00 | $2,411.16 |

| Case No. | 11-21443-DSO | | | | | | | Trustee Name: | Randall L. Frank |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | LALONDE, Sr., JERRY JOSEPH | | | | | | | Date: | 5/23/2013 |
| Claims Bar Date: | 03/19/2012 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 6 | STATE OF MICHIGAN<br><br>Unemployment Insurance Agency Tax Office, POC Unit, Ste.11-500<br>3024 W.Grand Blvd<br>Detroit MI 48202 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** (6-1) Pre-Petition Claim

| 6a | STATE OF MICHIGAN<br><br>Unemployment Insurance Agency Tax Office, POC Unit, Ste.11-500<br>3024 W.Grand Blvd<br>Detroit MI 48202 | Claims of Governmental Units | Allowed | 5800-000 | $3,108.86 | $0.00 | $0.00 | $0.00 | $3,108.86 |

**Claim Notes:** (6-1) Pre-Petition Claim

| | | | | | $73,687.32 | $0.00 | $0.00 | $0.00 | $73,687.32 |
|---|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **Case No.** 11-21443-DSO | **Trustee Name:** Randall L. Frank |
| **Case Name:** LALONDE, Sr., JERRY JOSEPH | **Date:** 5/23/2013 |
| **Claims Bar Date:** 03/19/2012 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Fees (Trustee Firm) | $1,650.00 | $1,650.00 | $0.00 | $0.00 | $0.00 | $1,650.00 |
| Claims of Governmental Units | $13,412.23 | $13,412.23 | $0.00 | $0.00 | $0.00 | $13,412.23 |
| General Unsecured § 726(a)(2) | $56,951.09 | $56,951.09 | $0.00 | $0.00 | $0.00 | $56,951.09 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $1,216.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $1,554.00 | $1,554.00 | $0.00 | $0.00 | $0.00 | $1,554.00 |
| Trustee Expenses | $120.00 | $120.00 | $0.00 | $0.00 | $0.00 | $120.00 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 11-21443-DSO
Case Name: JERRY JOSEPH LALONDE, Sr.
Trustee Name: Randall L. Frank

Balance on hand: $7,864.83

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 6 | State of Michigan | $1,216.31 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $7,864.83

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Randall L. Frank, Trustee Fees | $1,554.00 | $0.00 | $1,554.00 |
| Randall L. Frank, Trustee Expenses | $120.00 | $0.00 | $120.00 |
| Randall L. Frank, Attorney for Trustee Fees | $1,650.00 | $0.00 | $1,650.00 |

Total to be paid for chapter 7 administrative expenses: $3,324.00
Remaining balance: $4,540.83

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $4,540.83

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $13,412.23 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Michigan Department of Treasury | $10,303.37 | $0.00 | $3,488.30 |
| 6a | State of Michigan | $3,108.86 | $0.00 | $1,052.53 |

                                   Total to be paid to priority claims:        $4,540.83
                                               Remaining balance:        $0.00

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $56,951.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | CARLS GARAGE | $15,400.25 | $0.00 | $0.00 |
| 2 | PENTECK FUNDING, LLC | $19,631.69 | $0.00 | $0.00 |
| 3 | PENTECK FUNDING, LLC | $17,748.69 | $0.00 | $0.00 |
| 4a | Michigan Department of Treasury | $1,759.30 | $0.00 | $0.00 |
| 5 | Springleaf Financial Services | $2,411.16 | $0.00 | $0.00 |

                          Total to be paid to timely general unsecured claims:        $0.00
                                               Remaining balance:        $0.00

      Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows: NONE

                       Total to be paid to tardily filed general unsecured claims:        $0.00
                                               Remaining balance:        $0.00

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all

allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |